# PARKER HANSKI LLC
40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600

January 12, 2022

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States District Court
40 Foley Square
New York, NY 10007

Re:   <u>Iris Jimenez v. Bogoto Realty Inc., et al., No. 21-cv-9664 (LGS)(SLC)</u>

Dear Judge Schofield:

We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the January 19, 2022, telephonic conference because the defendants have not appeared in this action yet.

Plaintiff effectuated service on December 1, 2021,[1] and defendants' time to Answer expired on December 22, 2021. Plaintiff is trying other means to obtain an appearance by the defendants. Accordingly, plaintiff asks that the conference be adjourned by thirty (30) days in order for plaintiff to make further efforts to have the defendants appear in this action.

Thank you for your time and attention to this matter.

very truly yours,

/s/
Robert G. Hanski, Esq.

Application **GRANTED**. The initial conference scheduled for January 19, 2022 is **ADJOURNED** to **February 23, 2022, at 4:10 p.m.** By **February 16, 2022**, the parties shall file a joint letter and proposed case management plan (*see* Dkt. No. 9), or Plaintiff shall file any motion for default judgment pursuant to Attachment A of the Court's Individual Rules. Plaintiff shall serve a copy of this Order on Defendants and shall file proof of service by **January 18, 2022**. The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 13.

Dated: January 13, 2022
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff filed the affidavits of service on December 1, 2021 as ECF Nos. 10 -12.