# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600

January 18, 2022

*Via ECF*

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States District Court
40 Foley Square
New York, NY 10007

Application **GRANTED**.  By **January 25, 2022**, Plaintiff shall serve a copy of the Court's January 13, 2022, Order and a copy of this Order on Defendants and file proof of service.  The Clerk of Court is directed to close the motion at Dkt. No. 15.

Dated:  January 19, 2022
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Iris Jimenez v. Bogoto Realty Inc., et al., No. 21-cv-9664 (LGS)(SLC)*

Dear Judge Schofield:

    We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court for additional time, from January 18, 2022 to January 25, 2022, to serve on the defendants and file proof of service of, Your Honor's Order dated January 13, 2022 (ECF Dkt. No. 14) (the "Order").  The reason for this request is because plaintiff's process server requires additional time to serve the Order.

    On January 13, 2022, following receipt of Your Honor's Order of the same date, the undersigned forwarded the Order to plaintiff's process server to ensure timely service.  This morning the undersigned followed up with the process server and was advised that the Order was not yet served, but should be served by this Wednesday, January 19, 2022.  Accordingly, plaintiff asks that her time to serve and file proof of service of the Order be extended to January 25, 2022 to enable the process server to serve the Order, prepare the affidavits of service and forward the affidavits to the undersigned for filing.

    Thank you for your time and attention to this matter.

                                            very truly yours,

                                            /s/
                                         Robert G. Hanski, Esq.