```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   IRIS JIMENEZ,                                            :
                                    Plaintiff,              :     21 Civ. 9664 (LGS)
                                                            :
                    -against-                               :     ORDER
                                                            :
   BOGOTO REALTY, INC., et al.,                             :
                                    Defendant.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held on May 25, 2022, to discuss any outstanding discovery disputes between the parties.  It is hereby

    **ORDERED** that, for the reasons discussed at the conference, Defendants shall use Plaintiff's personal information -- her birthdate, social security number and address -- in furtherance of the defense of this case.  Defendants shall keep records regarding any disclosure of Plaintiff's personal information and shall require any third party (e.g., any private investigator engaged by Defendants) to sign an agreement to maintain the confidentiality of Plaintiff's personal information.  Defendants shall be prepared to produce such records and agreement on the Court's request.  It is further

    **ORDERED** that, by **May 27, 2022**, Plaintiff shall serve Defendants with a signed copy of the discussed HIPAA releases.  It is further

    **ORDERED** that, by **May 31, 2022**, the parties shall file a joint letter proposing a reasonable extension of the discovery schedule.  Depositions of Defendants shall precede the deposition of Plaintiff to allow time for the production of third-party medical records prior to Plaintiff's deposition.  The joint letter shall include firm dates for all depositions except the Plaintiff's.  When Defendants obtain medical records and are prepared to take Plaintiff's (single)

deposition, they may apply to the Court for a revision of the deposition schedule. If the parties cannot agree on any date or issue, they shall state their respective positions in the joint letter.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 65.

Dated: May 26, 2022
      New York, New York

LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE